1  OLIVIER A. TAILLIEU (SBN 206546)
     otaillieu@ztllp.com
2  YURI MIKULKA (SBN 185926)
     ymikulka@ztllp.com
3  LAURA D. CASTNER (SBN 172362)
     lcastner@ztllp.com
4  ZUBER & TAILLIEU LLP
   10866 Wilshire Boulevard, Suite 300
5  Los Angeles, California 90024
   Telephone: (310) 807-9700
6  Facsimile: (310) 807-9701

7  Attorneys for Plaintiff NEWEGG, INC.

8
9  ROBERT F. HELFING (SBN 90418)
     robert.helfing@sdma.com
   JAMES J.S. HOLMES (SBN 126779)
10   james.holmes@sdma.com
   JENNIFER A. BURTNESS (SBN 260385)
11   jennifer.burtness@sdma.com
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
12 801 South Figueroa Street, 19th Floor
   Los Angeles, California 90017-5556
13 Telephone: (213) 426-6900
   Facsimile: (213) 426-6921

14
   Attorneys for Defendants KOHL'S CORPORATION,
15 KOHL'S DEPARTMENT STORES, INC.
   and KOHL'S ILLINOIS, INC.

16
17             UNITED STATES DISTRICT COURT

               CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
18

19 | NEWEGG, INC., a Delaware          | CASE NO. CV09-3463 SJO (JCx)
20 | Corporation,                      |
   |                                   |
21 |           Plaintiff,              |
   |                                   | **STIPULATION OF DISMISSAL**
22 |     v.                            |
   |                                   | Action Filed:  May 15, 2009
23 | KOHL'S CORPORATION, a             |
   | Wisconsin Corporation; KOHL'S     |
24 | DEPARTMENT STORES, INC., a        |
   | Delaware Corporation; KOHL'S      |
25 | ILLINOIS, INC., a Nevada          |
   | Corporation; and DOES 1-10, inclusive,
26 |                                   |
   |           Defendants.             |
27

28

1312-1001 / 100944.3

STIPULATION OF DISMISSAL

1  IT IS HEREBY STIPULATED by and between the parties to this action,
2  through their designated counsel, that the above-captioned action be and hereby is
3  dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil
4  Procedure. The parties shall bear their own fees and costs.

Dated: 11/23/09

ZUBER & TAILLIEU LLP

By: *[signature]*
OLIVIER A. TAILLIEU
YURI MIKULKA
LAURA D. CASTNER
Attorneys for Plaintiff NEWEGG, INC.

Dated: 11/23/9

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: *[signature]*
ROBERT F. HELFING
JAMES J. S. HOLMES
JENNIFER A. BURTNESS
Attorneys for Defendants KOHL'S CORPORATION, KOHL'S DEPARTMENT STORES, INC. and KOHL'S ILLINOIS, INC.